CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIANCHUN LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>MARKWAYNE MULLIN[1], Secretary,<br>Department of Homeland Security, *et al*.,<br><br>        Defendants. | Case No. 3:25-cv-08127 AMO<br><br>**JOINT STATUS REPORT AND STIPULATION<br>TO CONTINUE THE STAY OF<br>PROCEEDINGS; [~~PROPOSED~~ ORDER]** |

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 1, 2025, the Court granted the parties' request to stay proceedings until April 17, 2026. Dkt. No. 14.  United States Citizenship and Immigration Services interviewed Plaintiff on December 18, 2025, as scheduled.

On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed April 1, 2026).  Additional

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
C 3:25-cv-08127 AMO                               1

guidance regarding the Policy Memorandum continues to be issued, including lifting the hold on certain individuals and groups of individuals. In order to allow time for USCIS to determine how to proceed in this matter given the recent updated guidance, the parties have agreed to continue the stay of proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 16, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 7, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: April 7, 2026

/s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiff


### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 16, 2026.

Date:  4/8/2026

_____
ARACELI _____ OLGUIN
United States ___

GRANTED
Judge Araceli Martinez-Olguin

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-08127 AMO                    2